LLOYD W. BAKER, ESQ.
Nevada Bar No. 6893
CHRIS CAWLFIELD, ESQ.
Nevada Bar No. 13668
**BAKER LAW OFFICES**
500 S. Eighth Street
Las Vegas, NV 89101
Telephone : (702) 360-4949
Facsimile : (702) 360-3234
lit@bakerattorneys.net
Attorneys for Plaintiff

**DISTRICT STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATALIE OAKLEY, as Natural Parent and Guardian of W.O., a Minor, | CASE NO.: 2:17-cv-00624-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| UNITED STATES OF AMERICA | |
| Defendant. | |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-captioned case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

DATED this 20th day of December 2017

STEVEN W. MYHRE
Acting United States Attorney

BAKER LAW OFFICES

/s/ Krystal J. Rosse
KRYSTAL J. ROSSE, ESQ.
Nevada Bar No. 11573
Assistant United States Attorney
501 Las Vegas Boulevard South, #1100
Las Vegas, NV 89101
Attorneys for United States

/s/ Lloyd W. Baker
LLOYD W. BAKER, ESQ.
Nevada Bar. No. 6893

500 S. Eighth St.
Las Vegas, NV 89101
Attorneys for Plaintiff

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
**DATED:** December 28, 2017.

**BAKER LAW OFFICES**
500 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101
Phone (702) 360-4949 ◊ Facsimile (702) 360-3234